JOHN A. HOLZAPFEL, JR., Respondent, v. INDEPENDENT PROVISION COMPANY, Appellant.— The plaintiff recovered a verdict of $1,600. He fell about four feet, from his wagon to the street, and received injuries to left wrist and left shoulder. The proof, largely subjective, and unsupported by medical testimony, did not establish that the injuries were permanent. We think that a verdict less by one-half would represent compensation for all of the elements of damages established by the evidence. Judgment reversed and new trial granted, costs to abide the event, unless within twenty days respondent stipulate to reduce the verdict to $800, in which event the judgment, as so modified, is unanimously affirmed, without costs. Jenks, P. J., Mills, Blackmar, Kelly and Jaycox, JJ., concur.

In the Matter of the Probate of the Last Will and Testament of EUGENE GERBEREUX, Deceased. JOHANNA GERBEREUX and Others, as Executors and Trustees, etc., Appellants; MARGARET FRANZMAN, Respondent.— Order of the Surrogate's Court of Westchester county affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Mills, Rich, Putnam and Kelly, JJ., concur.

In the Matter of the Estate of JERONEMUS S. UNDERHILL, Deceased. AUGUSTA H. SPERRY, as Executrix, etc., of CHARLES H. CORBETT, Deceased, Appellant; LOUISA K. CORBETT, Respondent.— Appeal dismissed, with ten dollars costs and disbursements. An appeal from an order denying a motion for reargument cannot be entertained by this court. The court which hears the original motion can alone judge whether it has failed to consider any of the points raised upon a motion, and its determination upon such a point must be final. (*Matter of Grout*, 83 Hun, 25; *Harding* v. *Conlon*, 146 App. Div. 842; *Peterson* v. *Felt*, 61 id. 176; *Tucker* v. *Dudley*, 104 id. 191.) Jenks, P. J., Mills, Rich, Putnam and Kelly, JJ., concur.

KATHERINE KAVANAGH, as Administratrix, etc., of JAMES KAVANAGH, Deceased, Respondent, v. NEW YORK, ONTARIO AND WESTERN RAILWAY COMPANY, Appellant, Impleaded with Others, Defendants.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Rich, Putnam, Blackmar and Kelly, JJ.

LORD & BURNHAM COMPANY, a Domestic Corporation, Respondent, v. J. EBB WEIR, SR., and J. EBB WEIR, JR., Partners, etc., Appellants.— Judgment unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Mills, Putnam, Blackmar and Kelly, JJ.